IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TAMYRA MONTGOMERY, for herself and
on behalf of all others similarly situated;
MIRANDA SMITH, for herself and on behalf
of all others similarly situated; and
JADA HERNANDEZ, for herself and on behalf
of all others similarly situated                                                          PLAINTIFFS

v.                                       Case No. 6:24-cv-6083

BLACKMON OIL COMPANY, INC.;
DAVID KENNETH BLACKMON;
SUSAN BLACKMON BRITT; and
ETHAN THOMAS BLACKMON                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 13, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No.17.  Judge Bryant recommends that Plaintiff Tamyra Montgomery's Motion to Dismiss Counterclaim and to Strike Affirmative Defenses (ECF No. 12) be granted in part and denied in part.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation (ECF No. 17) *in toto*.  Accordingly, Plaintiff Tamyra Montgomery's Motion to Dismiss Counterclaim and to Strike Affirmative Defenses (ECF No. 12) is **GRANTED IN PART and DENIED IN PART**.  Defendant Blackmon Oil Company Inc.'s counterclaim against Plaintiff Montgomery is **DISMISSED WITHOUT PREJUDICE**.  Plaintiff Montgomery's request that the Court strike Defendants' affirmative defense of "setoff" is **DENIED**.

**IT IS SO ORDERED**, this 10th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge