IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TAMYRA MONTGOMERY, for herself and
on behalf of all others similarly situated;
MIRANDA SMITH, for herself and on behalf
of all others similarly situated; and
JADA HERNANDEZ, for herself and
on behalf of all others similarly situated                                      PLAINTIFFS

v.                                    Case No. 6:24-cv-6083

BLACKMON OIL COMPANY, INC.;
DAVID KENNETH BLACKMON;
SUSAN BLACKMON BRITT;
and ETHAN THOMAS BLACKMON                                                       DEFENDANTS

## ORDER

Before the Court is a Stipulation of Dismissal. ECF No. 22. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by attorneys for Plaintiffs and Defendants. Thus, all claims in this matter were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of September, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge